**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| **ANESSIA AMOKO, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**N&C CLAIMS SERVICE, INC., NICHOLAS F. IERULLI, PAM IERULLI, and SEIBELS CLAIMS SOLUTIONS, INC.,**<br><br>**Defendants.** | **Case No: 3:20-cv-04346-SAL** |

**JOINT MOTION FOR SETTLEMENT APPROVAL**

Named Plaintiff, Anessia Amoko, in her individual capacity and on behalf of all Opt-In Plaintiffs (collectively "Plaintiffs")[1], Defendants N&C Claims Service, Inc., Nicholas F. Ierulli, Pam Ierulli ("N&C"), and Defendant Seibels Claims Solutions, Inc. ("Seibels") (collectively "Defendants"), move the Court for an order approving the Parties' settlement. Following one year of pre-litigation settlement negotiations and nearly two years of contentious litigation, the Parties agreed to a global settlement of $1,100,000.00, resolving Plaintiffs' wage-and-hour claims and providing each of the 34 Plaintiffs with substantial recovery. Upon execution of the Settlement Agreement, attached as Exhibit A, Plaintiffs' Counsel emailed and mailed each Plaintiff a copy of the Settlement Agreement, an estimate of his or her proportional share under the settlement, the amount for service payments, the amount for attorneys' fees and costs, what claims Plaintiffs and Defendants will release if they choose to participate, and an explanation of his or her right to object or opt out of the settlement. Following a 30-day notice period, none of Plaintiffs opted-out of the

---

[1] Excluded from Plaintiffs are any Rule 23 class members who did not file a consent to sue in this case and any individuals who opted-out of lawsuit during litigation.

1

settlement and only two Plaintiffs submitted objections.

The Parties now request that the Court issue an order:

(1)     Approve the Settlement Agreement, attached as Exhibit A;

(2)     Approve a service award of $10,000.00 to Named Plaintiff Amoko and $5,000.00 to Opt-In Mosley for their service to Plaintiffs;

(3)     Approve attorneys' fees and costs of $700,000.00, which is less than 60% of the lodestar; and

(4)     Enter the order the Parties submitted to the Court dismissing the lawsuit.

In support of this Motion, the Parties refer the Court to their memorandum of law submitted herewith, along with the Exhibits and Declarations attached thereto.

Dated this 3rd day of February, 2023.

Respectfully submitted,

s/ Blaney A. Coskrey
Blaney A. Coskrey, III, Federal ID No. 05421
COSKREY LAW OFFICE
1201 Main Street, Suite 1980
Columbia, SC 29201
Telephone: (803) 748-1202
Facsimile: (803) 748-1302
coskrey@coskreylaw.com

s/ Cara Y. Crotty
Cara Y. Crotty, Federal ID No. 6869
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
1301 Gervais Street, Suite 1020
Columbia, SC 29201
Telephone: (803) 256-3200
ccrotty@constangy.com

Matt Dunn, *Admitted Pro Hac Vice*
Rebecca King, *Admitted Pro Hac Vice*
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, NY 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
mdunn@getmansweeney.com

ATTORNEYS FOR PLAINTIFFS

Elizabeth H. Joiner, *Admitted Pro Hac Vice*
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
200 West Forsyth Street
Suite 1700
Jacksonville, FL 32202-4317
Telephone: 904.356.8900
Facsimile: 904.356.8200

2

ejoiner@constangy.com

s/ Christopher W. Johnson
Christopher W. Johnson, Federal ID No. 7581
T. Foster Haselden, Federal ID No. 11461
GIGNILLIAT, SAVITZ & BETTIS, L.L.P.
900 Elmwood Avenue, Suite 100
Columbia, SC 29201
Telephone: (803) 799-9311
Facsimile: (803) 254-6951
cjohnson@gsblaw.net
fhaselden@gsblaw.net

Charles F. Johnson, *Admitted Pro Hac Vice*
Anne W. Chapman, *Admitted Pro Hac Vice*
BLALOCK WALTERS
802 11th Street, West
Bradenton, FL 34205
Telephone: (941) 748-0100
Facsimile: (941) 745-2093
cjohnson@blalockwalters.com
achapman@blalockwalters.com

COUNSEL FOR N&C CLAIMS SERVICE,
INC., NICHOLAS F. IERULLI AND PAM
IERULLI

Jack R. Wallace, *Admitted Pro Hac Vice*
John F. Doyle, *Admitted Pro Hac Vice*
CONSTANGY, BROOKS, SMITH &
PROPHETE LLP
2600 Grand Boulevard, Suite 750
Kansas City, MO 64108
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
jwallace@constangy.com
jfdoyle@constangy.com

COUNSEL FOR SEIBELS CLAIMS
SOLUTIONS, INC.